JOSEPH E. ADDIEGO III (CA State Bar No.169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com

Attorneys for Defendant
AMERICAN NATIONAL RED CROSS,
BAY AREA CHAPTER

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOLEM & ASSOCIATES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL RED CROSS, BAY AREA CHAPTER, a corporation,<br><br>Defendant. | Case No. C06-4807JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties herein stipulate to the dismissal with prejudice of the above referenced action, and all causes of action alleged therein, against Defendant AMERICAN NATIONAL RED CROSS, BAY AREA CHAPTER, a corporation, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION
Case No. C06-4807JSW

SFO 351950v1 47019-29

IT IS SO STIPULATED:

DATED this 8th day of November, 2006.

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                By:   /s/
                        JOSEPH E. ADDIEGO III

                Attorneys for Defendant
                AMERICAN NATIONAL RED CROSS,
                BAY AREA CHAPTER

DATED this 8th day of November, 2006.

                Respectfully submitted,

                BARBER LAW GROUP

                By:   /s/
                        VALARIE H. JONAS

                Attorneys for Plaintiff
                SOLEM & ASSOCIATES,
                a California Corporation

## **ORDER**

Good cause appearing, the foregoing stipulation is approved and the above referenced action, and all causes of action alleged therein, against Defendant AMERICAN NATIONAL RED CROSS, BAY AREA CHAPTER, a corporation are dismissed with prejudice, with each party bearing its own attorney's fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this  21   day of November, 2006.

                */s/ Jeffrey S. White*
                JEFFREY S. WHITE
                JUDGE OF THE U.S. DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

DAVIS WRIGHT TREMAINE LLP